**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6249**

CECIL JEROME QUINN, JR.,

       Plaintiff - Appellant,

    v.

STATE OF SOUTH CAROLINA MARSHALS, 7th Judicial, Spartanburg; AGENT DILLION, 7th Judicial Parole Officer; WARDEN ROBERT MICHAEL, Stevenston, III; WARDEN NELSON,

       Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Henry M. Herlong, Jr., Senior, District Judge.  (8:23-cv-06176-HMH)

Submitted:  February 20, 2025             Decided:  February 25, 2025

Before AGEE, HARRIS, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Cecil Jerome Quinn, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cecil Jerome Quinn, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b).  We have reviewed the record and find no reversible error. *See Shaw v. Foreman*, 59 F.4th 121, 126 (4th Cir. 2023) (providing standard of review). Accordingly, we affirm the district court's order.  *Quinn v State of South Carolina Marshals*, No. 8:23-cv-06176-HMH (D.S.C. Feb. 8, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
